Certificate Number: 02114-VAE-DE-000742338
Bankruptcy Case Number: 0610970

I CERTIFY that on 08/30/06, at 04:00 o'clock AM EDT, Jennifer B Faircloth completed a course on personal financial management given by <u>by Internet</u> by Consumer Credit Counseling Service of Greater Atlanta, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District Of Virginia.

Title: __<u>VP External Affairs</u>__                                             Date:  <u>08.30.06</u>
By: <u>/s/Ann Morris</u>

Consumer Credit Counseling Service (CredAbility):
Phone: 866-672-2227
Email: info@cccsinc.org
Website: www.cccsbankruptcy.org
Tax ID: 58-0942924